UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

GARY EDWARD HALL

_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

STEVEN Chambers
John BRiTTON
DAN LEE
OFFICER Smith
OFFICER STEDULAR
MIKE STAPLES
BOB KIPEL
COATESVILLE V.A. M.C.
ET AL

_____

**10    5204**

**COMPLAINT**

Jury Trial: ☑Yes   ☐ No

(check one)

(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)

I.      Parties in this complaint:

A.      List your name, address and telephone number. If you are presently in custody, include your identification
        number and the name and address of your current place of confinement. Do the same for any additional
        plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | GARY EDWARD HALL |
| | Street Address | 449 EDGEMORE RD |
| | County, City | Phila, Philadelphia |
| | State & Zip Code | PENNSYLVANIA 19151 |
| | Telephone Number | 215 474 3499 |

Rev. 10/2009

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1

Name _STEVEN CHAMBERS_
Street Address _1400 BLACKHORSE HILL RD_
County, City _CHESTER, COATESVILLE_
State & Zip Code _PA 19320_     _BLDG 7B_

Defendant No. 2

Name _JOHN BRITTON_
Street Address _1400 BLACKHORSE HILL RD_
County, City _CHESTER, COATESVILLE_
State & Zip Code _PA 19320_     _BLDG 7B_

Defendant No. 3

Name _DAN LEE_
Street Address _1400 BLACKHORSE HILL RD_
County, City _CHESTER, COATESVILLE_
State & Zip Code _PA 19320_     _BLDG 7B_

Defendant No. 4

Name _POLICE OFFICERS SMITH + STEUDLAR_
Street Address _1400 BLACKHORSE HILL RD_
County, City _CHESTER, COATESVILLE_
State & Zip Code _PA, 19320_     _BLDG 1_

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions        ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _CIVIL RIGHTS, VETERENS RIGHTS_

_____

_____

*Rev. 10/2009*

- 2 -

MIKE STAPLES
1400 BLACKHORSE HILL RD
CHESTER, COATESVILLE
PA 19320          BLDG 7A

BOB KIPLE
1400 BLACKHORSE HILL RD
CHESTER, COATESVILLE
PA 19320          BLDG 10

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _C.V.A.M.C. 1400_
_BLACK HORSE HILL RD COATESVILLE, PA 19320_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____
_07/30/2010  TO  09/04/2010_

| | |
|---|---|
| What happened to you? | C.    Facts: _PROGRAM MANAGER AND HIS SUBORDINATE'S CONSPIRED TO DISCRIMINATE AGAINST ME, DUE TO MY REJECTION OF THEIR RACIAL INEQUITIES AS IT RELATED TO VETERANS, UNAUTHORIZED RESEARCH ON MY PERSON, ABUSE OF AUTHORITY INTIMADATION BY THE V.A. POLICE DEPARTMENT, AND MANIPULATION OF MEDICAL TESTING, THEREBY DENYING ME MEDICAL TREATMENT._ |
| Who did what? | _P.M. STEVEN CHAMBERS, THERAPIST JOHN BRITTON, P.A. DAN LEE (MY TREATMENT TEAM)_ |
| Was anyone else involved? | _V.A. POLICE OFFICERS SMITH + LT, STEUDLAR HEALTH TECH MIKE STAPELS, PATIENT BOB HIPEL, OTHERS INVOLVED ARE DAY SHIFT LPN'S, STAFF ON UNIT 7B_ |
| Who else saw what happened? | _ASSOCIATE DIRECTOR OF C.V.A.M.C. PATIENT LIASON OFFICER P. GAMBLE_ |

IV.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. HEAVY BLEEDING IN MOOTH, URINE AND STOOL which OCCURED ON SITE, UNABLE TO DETERMINE EXTENT OF DAMAGE SINCE THE V.A IS AND WAS MY ONLY AVENUE FOR MEDICAL CARE, DISPITE BEING REPORTED TO P.A. DAN LEE NO ACTION WAS TAKEN, SEVERE ADDMINAL PAIN AND INFECTION OF SOME KIND IN MY LEFT EYE.

V.    **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. 1.5 MILLION DOLLARS FOR MANIPOLATION AND DENIAL OF MEDICAL TREATMENT.

THE REMOVAL OF P.M. STEVEN Chambers, THERAPIST John BRITTON AND P.A. DAN LEE FOR DISCRIMINATION, ABUSE OF AUTHORITY

REMOVAL OF HEALTH Tech m.IKE STAPELS AND OFFICER S.m.TH FOR INTIMADATION

AS A VETEREN OF THE U.S. ARMED FORCES MY BENEFITS SHOULD NOT BE ABRIDGED DUE TO UNAUTHORIZED RESEARCH OR DISCRIMINATION AND INTIMADATION.

Rev. 10/2009

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __SepTember_____, 20_10_.

Signature of Plaintiff _Le H_____

Mailing Address _449 EDSEMORE RD_

_PhiLA, PA 19151_____

Telephone Number _215 474 3499_____

Fax Number *(if you have one)* _____

E-mail Address _GHIY8819m Yahcs.Com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____